1  PHILLIP A. TALBERT
   United States Attorney
2  ALYSON A. BERG
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,                          | CASE NO. 1:22-MC-00159-JLT
12 |              Plaintiff,                            |
13 |      v.                                            | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE
14 | APPROXIMATELY $153,292.68 SEIZED FROM TD AMERITRADE ACCOUNT NUMBER 871186505, HELD IN THE NAME OF SOHAIL MAMDANI, |

APPROXIMATELY $50,000.00 SEIZED FROM TD AMERITRADE ACCOUNT NUMBER 871186505, HELD IN THE NAME OF SOHAIL MAMDANI,

APPROXIMATELY $110,650.00 SEIZED FROM E*TRADE ACCOUNT NUMBER XXXXXX9720, HELD IN THE NAME OF SOHAIL MAMDANI,

APPROXIMATELY $3,091.85 SEIZED FROM E*TRADE ACCOUNT NUMBER XXX-X1621, HELD IN THE NAME OF SOHAIL MAMDANI,

APPROXIMATELY $78,094.91 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 1678973486, HELD IN THE NAME OF SOHAIL MAMDANI,

| | |
|---|---|
| 1 | APPROXIMATELY $4,536.19 SEIZED FROM JPMORGAN CHASE ACCOUNT NUMBER 586170398, HELD IN THE NAME OF MAMDANI GARCIA MD, INC., |
| 2 | |
| 3 | |
| 4 | APPROXIMATELY 192945.439 IN U.S. DOLLAR COIN SEIZED FROM BLOCKFI TRADING WALLET NUMBER 0x2A549b4AF9Ec39B03142DA6dC32221fC390B5533, IN THE NAME OF SOHAIL MAMDANI, |
| 5 | |
| 6 | |
| 7 | |
| 8 | APPROXIMATELY 134297.6 GEMINI DOLLARS SEIZED FROM BLOCKFI TRADING WALLET NUMBER 0x2A549b4AF9Ec39B03142DA6dC32221fC390B5533, IN THE NAME OF SOHAIL MAMDANI, |
| 9 | |
| 10 | |
| 11 | APPROXIMATELY 10.61 ETHEREUM SEIZED FROM COINBASE INC. WALLET NUMBER 0xddfAbCdc4D8FfC6d5beaf154f18B778f892A0740 IN THE NAME OF SOHAIL MAMDANI, |
| 12 | |
| 13 | |
| 14 | |
| 15 | APPROXIMATELY 0.05488792 BITCOIN SEIZED FROM BLOCKFI TRADING WALLET NUMBERS 3H1ozzymNMkMqyX76GgKvVTevPgv4qts53 AND 3DZSLujDgiVT6dxnMxfVYS1PnijwBnQ3aE IN THE NAME OF SOHAIL MAMDANI, and |
| 16 | |
| 17 | |
| 18 | |
| 19 | APPROXIMATELY 2.04560196 BITCOIN SEIZED FROM COINBASE INC. WALLET NUMBER 34asaQDNxud4CRgmqfVAF1GJsvyWNepenB IN THE NAME OF SOHAIL MAMDANI, |
| 20 | |
| 21 | |
| 22 | Defendants. |

It is hereby stipulated by and between the United States of America and potential claimant Sohail Hussain Mamdani ("claimant"), by and through their respective counsel, as follows:

1.   On or about August 1, 2022, claimant filed timely claims in the administrative forfeiture proceeding with the Federal Bureau of Investigation with respect to the Approximately $50,000.00 seized from TD Ameritrade account number 871186505, held in the name of Sohail Mamdani, Approximately

1  $110,650.00 seized from E*Trade account number XXXXXX9720, held in the name of Sohail Mamdani,
2  Approximately $3,091.85 seized from E*Trade account number XXX-X1621, held in the name of Sohail
3  Mamdani, Approximately $4,536.19 seized from JPMorgan Chase account number 586170398, held in
4  the name of Mamdani Garcia MD, Inc., Approximately $78,094.91 seized from Wells Fargo Bank
5  account number 1678973486, held in the name of Sohail Mamdani, Approximately 192945.439 In U.S.
6  Dollar Coin seized from BlockFi Trading wallet number 0x2A549b4AF9Ec39B03142DA6dC
7  32221fC390B5533, in the name of Sohail Mamdani, Approximately 134297.6 Gemini Dollars seized
8  from BlockFi Trading wallet number 0x2A549b4AF9Ec39B03142DA6dC32221fC390B5533, in the
9  name of Sohail Mamdani, Approximately 10.61 Ethereum seized from Coinbase Inc. wallet number
10 0xddfAbCdc4D8FfC6d5beaf154f18B778f892A0740, in the name of Sohail Mamdani, Approximately
11 0.05488792 Bitcoin seized from BlockFi Trading wallet numbers 3H1ozzymNMkMqyX76GgKvVTev
12 Pgv4qts53 and 3DZSLujDgiVT6dxnMxfVYS1PnijwBnQ3aE in the name of Sohail Mamdani, and
13 Approximately 2.04560196 Bitcoin seized from Coinbase Inc. wallet number
14 34asaQDNxud4CRgmqfVAF1GJsvyWNepenB in the name of Sohail Mamdani, which were seized on
15 April 25, 2022, and Approximately $153,292.68 seized from TD Ameritrade account number 871186505,
16 held in the name of Sohail Mamdani, which was seized on May 20, 2022 (hereafter collectively
17 "defendant assets").

18      2.    The Federal Bureau of Investigation sent the written notice of intent to forfeit required by
19 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a
20 claim to the defendant assets under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant filed
21 a claim to the defendant assets as required by law in the administrative forfeiture proceeding.

22      3.    Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for
23 forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are
24 subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture
25 proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.
26 That deadline was October 30, 2022.

27      4.    By Stipulation and Order filed October 31, 2022, the parties stipulated to extend to
28 December 9, 2022, the time in which the United States is required to file a civil complaint for forfeiture

against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

5. By Stipulation and Order filed December 8, 2022, the parties stipulated to extend to January 13, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

6. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to January 30, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

7. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to January 30, 2023.

Dated: January 13, 2023  PHILLIP A. TALBERT
United States Attorney

By:  /s/ Alyson A. Berg
ALYSON A. BERG
Assistant U.S. Attorney

Dated: January 13, 2023   /s/ Kevin P. Rooney
KEVIN P. ROONEY
Attorney for claimant
Sohail Hussain Mamdani
(As authorized by telephone on 1/13/23)

IT IS SO ORDERED.

Dated:  **January 13, 2023**  
UNITED STATES DISTRICT JUDGE